FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2012 NOV 28 P 3: 51

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

1  NAEEM O BETZ, ALL RIGHTS RESERVED - U.C.C.1-207.7, U.C.C.1-207.4, U.C.C.1-308,

2  U.C.C.1-103.6, U.C.C.3-415, Natural Person IN FULL LIFE, SUI JURIS

3  IN PROPRIA PERSONA

4  4244 HILDRETH ST. SE.

5  WASHINGTON, DC, [20019-9998]

6  1-202-706-8063

7  IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF COLUMBIA

8

9  NAEEM O BETZ, ALL RIGHTS RESERVED - U.C.C.1-207.7, U.C.C.1-207.4, U.C.C.1-308,
10  U.C.C.1-103.6, Natural Person IN FULL LIFE, SUI JURIS, IN PROPRIA PERSONA

11       Plaintiff, Claimant

12

13  VS.                                          **CIVIL ACTION No.**

14  CEO - GINO ARCHER
    CAVALRY PORTFOLIO SERVICES,.LLC            DKC 12 CV 3506
15  NEW YORK OPERATIONS
    500 SUMMIT LAKE DR.
16  Valhalla, NY 10595                          **COMPLAINT**
17  1-914-347-3440   xt.13415

18

19       Defendant, Respondent

20

21              **PRELIMINARY STATEMENT**

22      1. This is an action for damages brought from violations of the Fair Credit Reporting Act

23  (FCRA) Title15 U.S.C. §1681 *et seq.*

                **JURISDICTION**
24
        2. The jurisdiction of this Court is conferred by Title15 U.S.C. §1681p.
25

26              **FACTUAL ALLEGATION**
27      3. On MAY 2, 2010, Defendant initiated a credit inquiry of Plaintiff's credit report from
                TRANSUNION without permissible purpose.
28

                                                                                    1

**COUNT I**

**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), Title15 U.S.C.§1681**

**WILLFUL NON-COMPLIANCE BY DEFENDANT CAVALRY PORTFOLIO SERVICES,.LLC (DEBT COLLECTOR)**

3. Plaintiff is a consumer within the meaning of the FCRA, Title15 U.S.C.§1681a(c).

4. CAVALRY PORTFOLIO SERVICES,.LLC (DEBT COLLECTOR), is a furnisher of information within the meaning of the FCRA, Title15 U.S.C. §1681s-2.

5. CAVALRY PORTFOLIO SERVICES,.LLC (DEBT COLLECTOR), willfully violated the FCRA.

Defendant's Violations include, but are not limited to, the following:

(a) CAVALRY PORTFOLIO SERVICES,.LLC (DEBT COLLECTOR), willfully violated Title15 U.S.C.§1681b(f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by Title15 U.S.C. §1681b.

**WHEREFORE**, Plaintiff demands judgment for damages in the amount of $1,000 a Month from the date of credit pull against consumer credit report.

CAVALRY PORTFOLIO SERVICES,.LLC (DEBT COLLECTOR), are liable for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Title15 U.S.C. §1681n.

**COUNT II**

**VIOLATION OF FAIR CREDIT REPORTING ACT (FCRA), Title15 U.S.C. §1681**

**NEGLIGENT NON-COMPLIANCE BY DEFENDANT CAVALRY PORTFOLIO SERVICES,.LLC (DEBT COLLECTOR),**

6. Plaintiff is a consumer within the meaning of the FCRA, Title15 U.S.C. §1681a(c).

7. CAVALRY PORTFOLIO SERVICES,.LLC (DEBT COLLECTOR), is a furnisher of information within the meaning of the FCRA, Title15 U.S.C.§1681s-2.

8. CAVALRY PORTFOLIO SERVICES,.LLC (DEBT COLLECTOR), negligently violated the FCRA.

Defendant's violations include, but are not limited to, the following:

(a) CAVALRY PORTFOLIO SERVICES,.LLC (DEBT COLLECTOR) negligently violated 15 U.S.C. §1681b (f) by obtaining Plaintiff's consumer report without a permissible purpose as defined by Title15 U.S.C. §1681b.

**WHEREFORE,** Plaintiff demands judgment for damages in the amount of $1,000 a Month from the date of credit pull against consumer credit report, CAVALRY PORTFOLIO SERVICES,.LLC (DEBT COLLECTOR) are liable for actual damages, and attorney's fees and costs, pursuant to Title15 U.S.C. § 1681o.

### RELIEF

**WHEREFORE,** Plaintiff demands judgment for damages against, CAVALRY PORTFOLIO SERVICES,.LLC (DEBT COLLECTOR) in the amount $33,000 for actual or statutory damages, and punitive damages, attorney's fees and costs, pursuant to Title 15 U.S.C.§1681n (a) (3) and Title15 U.S.C. §1681o (a)

### DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury of all issues as a matter of law.

Respectfully submitted this 28th day of November, 2012

x 

NAEEM O BETZ, ALL RIGHTS RESERVED - U.C.C.1-207.7, U.C.C.1-207.4, U.C.C.1-308, U.C.C.1-103.6, U.C.C.3-415, Natural Person IN FULL LIFE, SUI JURIS,

IN PROPRIA PERSONA

4244 HILDRETH ST. SE.

WASHINGTON, DC, [20019-9998]          1-202-706-8063